## UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

| | |
|---|---|
| **KENOL NOEL** | CIVIL ACTION NO.: 3:21-cv-728 |
|     Plaintiff, | |
| v. | |
| **ALLIED UNIVERSAL** | |
|     Defendant. | MAY 27, 2021 |

### NOTICE OF REMOVAL TO FEDERAL COURT
### BASED ON FEDERAL QUESTION JURISDICTION

PLEASE TAKE NOTICE that Defendant Universal Protection Service, LLC d/b/a Allied Universal ("Defendant") removes this action to the United States District Court for the District of Connecticut pursuant to 28 U.S.C. §§ 1331, 1441(a), and 1446.  In support of this Notice of Removal, and as grounds for removal, Defendant states as follows:

### BACKGROUND

1. Plaintiff Kenol Noel ("Plaintiff") originally filed this action on May 17, 2021 in the Superior Court, Judicial District of Fairfield, at Bridgeport, in Fairfield County, Connecticut naming Defendant as a party to the action.

2. Defendant was served with process with a copy of the summons and complaint on April 28, 2018. Pursuant to 28 U.S.C. § 1446(a), true and correct copies of the Summons, Complaint, and all other process, pleadings, and orders served on Defendant are attached hereto as Exhibit A to this Notice of Removal.

3. This Notice of Removal is timely pursuant to 28 U.S.C. § 1446(b) as it is being filed and served within thirty (30) days after Defendant's receipt of a copy of the initial pleading setting forth the claims for relief upon which this action is based.

## FEDERAL QUESTION JURISDICTION

4. The lawsuit is a civil action of which this Court has original jurisdiction under 28 U.S.C. § 1331 and is one which may be removed to this Court pursuant to 28 U.S.C. § 1441(a) in that Plaintiff has alleged a violation and cause of action arising under a federal law (i.e., Title VII of the Civil Rights Act of 1964, as amended, 42 U.S.C. § 2000e, and the Civil Rights Act of 1991). (*See* Exhibit A). Any civil case filed in a state court may be removed by a defendant to federal court if the case could have been brought originally in federal court. *See Montefiore Medical Center v. Teamsters Local 272*, 642 F.3d 321, 327 (2d Cir. 2011).

5. Plaintiff's Complaint contains claims for discrimination and retaliation in violation of Title VII of the Civil Rights Act of 1964 and the Civil Rights Act of 1991 (*See* Compl. First Count).

6. This Court may exercise supplemental jurisdiction pursuant to 28 U.S.C. § 1367 over the Second Count and Third Count of the Complaint. These claims are brought under Connecticut state law, but as the state law claims are so related to the claim that designates a federal question, they form the same case or controversy and, therefore, this Court may properly exercise supplemental jurisdiction over the remaining counts in Plaintiff's Complaint.

7. Because this action is pending in the Superior Court, Judicial District of Fairfield at Bridgeport, in Fairfield County, Connecticut, venue for purposes of removal is proper in this Court pursuant to 28 U.S.C. § 1441(a).

8. In accordance with 28 U.S.C. § 1446(d), Defendant is providing contemporaneous written notice of this Notice of Removal to all adverse parties and to the Clerk of the Court of the Superior Court, Judicial District of Fairfield, at Bridgeport, in Fairfield County, Connecticut, Case No. FBT-CV21-6106366-S. (See Exhibit B).

WHEREFORE, Defendant respectfully requests that removal of Plaintiff's Complaint be effectuated to the United States District Court for the District of Connecticut for further litigation of this matter.

**DEFENDANT**
**UNIVERSAL PROTECTION SERVICE, LLC**
**d/b/a ALLIED UNIVERSAL**

By: /s/
Geraldine Cheverko (ct418504)
Eckert Seamans Cherin & Mellott, LLC
10 Bank Street, Suite 700
White Plains, NY 10606
Tel: (914) 286-2812
Fax: (914) 949-5424
Email: gcheverko@eckertseamans.com

## CERTIFICATE OF SERVICE

This is to certify that a copy of the foregoing was filed electronically through the Court's CM/ECF system and served, via first class mail, postage prepaid on May 27, 2021 to the following counsel of record:

John T. Bochanis
Daly, Weihing & Bochanis
1776 North Avenue
Bridgeport, CT 06604

/s/
Geraldine Cheverko (ct418503)

#100350340v14

100350340.1