# UNITED STATES DISTRICT COURT
# DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| **KENOL NOEL** | : | |
| | : | **CIVIL ACTION NO.** |
| **Plaintiff** | : | **3:21-cv-00728-VAB** |
| | : | |
| **V.** | : | |
| | : | |
| **ALLIED UNIVERSAL** | : | **JULY 22, 2021** |
| | : | |
| **Defendants** | : | |

## PLAINTIFF'S WITHDRAWAL OF ACTION

The Plaintiff in the above referenced matter hereby files a withdrawal of the above captioned action against the Defendant, Allied Universal without costs to any party. The parties have reached a settlement agreement and are in the process of executing settlement documents.

                            THE PLAINTIFF

                            BY_____/s/_____
                            JOHN T. BOCHANIS
                            Daly, Weihing & Bochanis
                            1776 North Avenue
                            Bridgeport, CT 06604
                            (203)333-8500
                            Fed Ct# 00138

**CERTIFICATION**

This is to certify that on July 22, 2021, a copy of the foregoing was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing.  Parties may access this filing through the Court's CM/ECF System.



                                                     JOHN T. BOCHANIS